# UNITED STATES of America, Plaintiff–Appellee,

v.

# Johnny Mack BROWN, Defendant–Appellant.

No. 01–6449.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 19, 2001.

Decided Oct. 31, 2001.

Johnny Mack Brown, pro se. Michael Lee Keller, Office of the United States Attorney, Charleston, WV, for appellee.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Johnny Mack Brown appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny the motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Brown,* Nos. CR–96–196; CA–99–343–5 (S.D.W.Va. Jan. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*